## MEMORANDA OF CASES DISPOSED OF WITHOUT WRITTEN OPINIONS.

STATE v. SAWYER, *Attorney-General,* for State; *W. J. Leary, Sr.,* for defendant. Affirmed.

STATE v. PAYNE, *Attorney-General,* for State; *Sawyer* and *Leary,* for defendant. Affirmed.

STATE v. LEWIS, *Attorney-General,* for State; *W. A. Dunn,* for defendant. Affirmed.

REED v. SUMNER, *Cowper* and *Barnes,* for plaintiff; *Winborne & Lawrence,* for defendant. Affirmed.

LEIGH v. MFG. CO., *Mason* and *Daniel,* for plaintiff; *Day & Bell, Battle & Mordecai* and *Calvert,* for defendant. Petition of defendant to rehear dismissed.

ATKINSON v. RICKS, *Winborne & Lawrence,* for plaintiff; *Mason, Harris* and *Barnes,* for defendant. Motion for new trial denied. Judgment below affirmed.

HAWKS v. HAWKS, *Pittman & Kerr,* for plaintiff; *Green* and *Polk,* for defendant. Affirmed.

FRAZIER v. FRAZIER, *Lindsay,* for plaintiff; *Morrill,* for defendant. Affirmed. (CONNOR, J., having been of counsel, did not sit.)

HARRINGTON v. RAWLS, *Jarvis & Blow,* for plaintiff; *Fleming & Moore* and *Skinner & Whedbee,* for defendant. Affirmed.

TAYLOR v. MCIVER, *W. W. Clark,* for plaintiff. Motion to docket and dismiss defendant's appeal under Rule 17 allowed.

STATE v. LONGMIRE, *Attorney-General,* for State; *Pittman & Kerr,* for defendant. Affirmed.

HOUSE v. RAILROAD, *Spruill,* for plaintiff; *Day & Bell,* for defendant. Dismissed for failure to print brief.

BREWER v. BATCHELOR, *Jacob Battle* and *Shepherd & Shepherd,* for plaintiff; *Spruill,* for defendant. Affirmed.